# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLARD JAMES MCNELEY, | Case No. 2:18-cv-08766-MWF (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is DISMISSED with prejudice.

DATED: March 26, 2019

                                MICHAEL W. FITZGERALD
                                UNITED STATES DISTRICT JUDGE