# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLARD JAMES MCNELEY, <br><br> Plaintiff, <br><br> v. <br><br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-08766-MWF (MAA) <br><br> **AMENDED JUDGMENT** |

Pursuant to the Memorandum Decision of the Ninth Circuit Court of Appeals filed February 10, 2020, the Court ORDERS as follows:

(1) The Judgment entered on March 26, 2019 (ECF No. 45) is VACATED; and

(2) The Complaint and entire action is DISMISSED without prejudice.

DATED: February 18, 2020

                                          MICHAEL W. FITZGERALD
                                          UNITED STATES DISTRICT JUDGE

cc: Ninth Circuit Court of Appeals